22027.   GEORGIA-FLORIDA MOTOR LINES INC. *v.* SLOCUMB.

BROYLES, C. J.   This is a companion case to that of *Georgia-Florida Motor Lines Inc.* v. *Slocumb, ante,* and is controlled by that decision.

*Judgment affirmed.* *Luke, J., concurs.* *Bloodworth, J., absent on account of illness.*

DECIDED APRIL 30, 1932.

H. B. Edwards, Steve F. Mitchell, for plaintiff in error.
Fulwood & Fulwood, Robert R. Forrester, contra.